CARRIE FORD, ET AL., PLAINTIFFS-PETITIONERS, v.
BENJAMIN FOX, DEFENDANT-RESPONDENT.

See same case below: 8 *N. J. Super.* 519.

*Mr. Frank M. Lario* for the petitioners.

*Messrs. Starr, Summerill & Davis* and *Mr. Sidney P. McCord, Jr.,* for the respondent.

October 30, 1950.   Denied.